## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **C.R. ENGLAND, INC.** | * | **CIVIL ACTION NO. 21-CV-264** |
| **Plaintiff** | | |
| | * | **SECTION: "R"** |
| **v.** | | |
| | * | |
| **JASON F. GILES, THE KING FIRM,** | | |
| **LLC, GILES LAW, LLC, DAMIAN K.** | * | |
| **LABEAUD, RODERICK HICKMAN,** | | |
| **ANTHONY ROBINSON, AUDREY** | * | |
| **HARRIS, JERRY SCHAFFER, AND** | | |
| **KEISHIRA ROBINSON** | * | |
| **Defendants** | | |
| | * * * | |

### O R D E R

Considering the government's Unopposed Motion to Intervene and Stay the above-caption civil proceeding until the conclusion of the parallel criminal matter,

**IT IS ORDERED** that the Motion to Intervene and Stay is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is hereby stayed and administratively closed reserving the right of any party to reopen at the conclusion of the parallel criminal matter.

New Orleans, Louisiana this __1st__ day of March, 2021.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE