**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **C.R. ENGLAND, INC. AND CHUBB**    **Plaintiffs** | § | **CIVIL ACTION NO. 21-CV-264** |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE: SARAH S. VANCE** |
| **JASON F. GILES, THE KING FIRM, LLC, GILES LAW, LLC, DAMIAN K. LABEAUD, ANTHONY ROBINSON, AUDREY HARRIS, JERRY SCHAFFER AND KEISHIRA ROBINSON**    **Defendants** | §   §   § | **MAGISTRATE:** |

---

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**
**ON BEHALF OF PLAINTIFF**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, C.R. England, Inc., ("C.R. England"), which respectfully move this Honorable Court for an Order enrolling Connor J. Krone (La. Bar Roll No. 40422) of the law firm of Breazeale, Sachse & Wilson, LLP as additional counsel of record for C.R. England.

WHEREFORE, Plaintiff, C.R. England, Inc., prays that Connor J. Krone (La. Bar Roll No. 40422) be enrolled as additional counsel of record for Plaintiff, C.R. England, Inc.

**[SIGNATURE ON THE NEXT PAGE]**

1

Respectfully submitted by Attorneys:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone:     (225) 387-4000
Facsimile:      (225) 381-8029

_____
Douglas K. Williams, T.A., La. Bar Roll No. 2187
Douglas.Williams@bswllp.com
Christopher A. Mason, La. Bar Roll No. 29328
Chris.Mason@bswllp.com
*Attorneys for Plaintiff, C.R. England, Inc*.

## CERTIFICATE OF SERVICE

I hereby certify that on  May 20, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of Record.

_____
Douglas K. Williams
Christopher A. Mason

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **C.R. ENGLAND, INC. AND CHUBB** | § | **CIVIL ACTION NO. 21-CV-264** |
| **Plaintiffs** | | |
| | § | |
| **VERSUS** | | |
| | § | |
| | | **JUDGE: SARAH S. VANCE** |
| **JASON F. GILES, THE KING FIRM,** | § | |
| **LLC, GILES LAW, LLC, DAMIAN K.** | | |
| **LABEAUD, ANTHONY ROBINSON,** | § | |
| **AUDREY HARRIS, JERRY** | | |
| **SCHAFFER AND KEISHIRA** | § | **MAGISTRATE:** |
| **ROBINSON** | | |
| **Defendants** | | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record on Behalf of Plaintiff:

IT IS ORDERED that Connor J. Krone (La. Bar Roll No. 40422) be and is hereby enrolled as additional counsel of record for Plaintiff, C.R. England, Inc in the above captioned proceedings.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
**HONORABLE SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

3