**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| C.R. ENGLAND, INC. AND CHUBB **Plaintiffs** | § | CIVIL ACTION NO. 21-CV-264 |
| | § | |
| **VERSUS** | § | |
| | § | JUDGE: SARAH S. VANCE |
| JASON F. GILES, THE KING FIRM, LLC, GILES LAW, LLC, DAMIAN K. LABEAUD, ANTHONY ROBINSON, AUDREY HARRIS, JERRY SCHAFFER AND KEISHIRA ROBINSON **Defendants** | § § § § | MAGISTRATE: |

---

**PLAINTIFF'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO LIFT STAY AND RESET TRIAL ON PLAINTIFF'S CIVIL COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, C.R. England, Inc., which respectfully requests that this Honorable Court issue an order lifting the stay of these proceedings and reset Plaintiffs' Petition for Damages for Trial.

1.

On February 9, 2021, Plaintiff filed its Civil Complaint with a jury demand alleging several causes of action as a victim of a racketeering enterprise and scheme existing between several defendants, which consist of Jason F. Giles, The King Firm, LLC, Giles Law, LLC, Damian K. Labeaud, Roderick Hickman, Anthony Robinson, Audrey Harris, Jerry Schaffer and Keishira Robinson to conspire to stage accidents involving tractor-trailers for the purpose of defrauding Plaintiff and its insurer in a bodily injury claim arising out of the staged accident, and to conspire to commit wire and mail fraud in connection with the staged accidents. (R. Doc. 1).

2.

On February 25, 2021, The United States Attorney's Office filed its Unopposed Motion and Incorporated Memorandum in Support to Intervene and Stay Proceedings until the conclusion of ongoing federal criminal cases and investigation involving Damian Lebeadu, Roderick Hickman, Anthony Robinson, Audrey Harris, Jerry Schaffer, and Keishra Robinson. (R. Doc. 12).

3.

On March 1, 2021, this Honorable Court Granted the Motion to Intervene and Stay and administratively closed the file reserving the right of any party to reopen at the conclusions of the parallel criminal matter, entitled *United States v. Harris, et al.*, Criminal Action, Case No.: 2:24-cr-00105-WBV-JVM, United States District Court, Eastern District of Louisiana, New Orleans, Division. (R. Doc 14).

4.

On March 2, 2026, a three-week trial commenced in the above referenced criminal wherein a jury verdict was reached on March 20, 2026. (R. Doc 787).

5.

Consistent with this Honorable Court's March 1, 2021 ruling, the parallel criminal matter has concluded. Therefore, Plaintiff herein respectfully requests this Honorable Court lift the stay of the subject proceedings.

6.

Counsel for the Plaintiff conferred with the United States Attorney's Office, and it has no objection to the filing of this motion.

**WHEREFORE**, Plaintiff, C.R. England, Inc., request that this Honorable Court grant its motion and lift the stay of proceedings and direct the Clerk to reopen the case.

**[SIGNATURE ON THE NEXT PAGE]**

2

Respectfully submitted by Attorneys:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone:     (225) 387-4000
Facsimile:     (225) 381-8029

_____
Douglas K. Williams, T.A., La. Bar Roll No. 2187
Douglas.Williams@bswllp.com
Christopher A. Mason, La. Bar Roll No. 29328
Chris.Mason@bswllp.com
*Attorneys for Plaintiff, C.R. England, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on  May 20, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of Record.

_____
Douglas K. Williams
Christopher A. Mason

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **C.R. ENGLAND, INC. AND CHUBB** | § | **CIVIL ACTION NO. 21-CV-264** |
|     **Plaintiffs** | | |
| | § | |
| **VERSUS** | | |
| | § | |
| | | **JUDGE: SARAH S. VANCE** |
| **JASON F. GILES, THE KING FIRM,** | § | |
| **LLC, GILES LAW, LLC, DAMIAN K.** | | |
| **LABEAUD, ANTHONY ROBINSON,** | § | |
| **AUDREY   HARRIS,   JERRY** | | |
| **SCHAFFER   AND   KEISHIRA** | § | **MAGISTRATE:** |
| **ROBINSON** | | |
|     **Defendants** | | |

---

## ORDER AND RULE TO SHOW CAUSE

Considering the foregoing *Unopposed Motion and Incorporated Memorandum to Lift Stay and Reset Trial On Plaintiff's Civil Complaint For Damages*,

**IT IS ORDERED** that the stay in this matter be and is hereby lifted.

**IT IS FURTHER ORDERED** that a status conference is hereby set for _____, 2026, at _____ o'clock __.m.. to schedule a trial date and pre-trial deadlines.

THUS DONE AND SIGNED in New Orleans, Louisiana, this ____ day of _____, 2026.

_____
**HONORABLE SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**