**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **C.R. ENGLAND, INC. AND CHUBB** | § | **CIVIL ACTION NO. 21-CV-264** |
| **Plaintiffs** | | |
| | § | |
| **VERSUS** | | |
| | § | |
| | | **JUDGE: SARAH S. VANCE** |
| **JASON F. GILES, THE KING FIRM,** | § | |
| **LLC, GILES LAW, LLC, DAMIAN K.** | | |
| **LABEAUD, ANTHONY ROBINSON,** | § | |
| **AUDREY HARRIS, JERRY** | | |
| **SCHAFFER AND KEISHIRA** | § | **MAGISTRATE:** |
| **ROBINSON** | | |
| **Defendants** | | |

---

**ORDER**

Considering the foregoing Motion to Enroll Additional Counsel of Record on Behalf of Plaintiff:

IT IS ORDERED that Connor J. Krone (La. Bar Roll No. 40422) be and is hereby enrolled as additional counsel of record for Plaintiff, C.R. England, Inc in the above captioned proceedings.

New Orleans, Louisiana, this _21st_ day of _____May_____, 2026.

_____

**HONORABLE SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

3