**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **C.R. ENGLAND, INC. AND CHUBB**<br>　　　　**Plaintiffs** | § | **CIVIL ACTION NO. 21-CV-264** |
| | § | |
| **VERSUS** | | |
| | § | |
| | | **JUDGE: SARAH S. VANCE** |
| **JASON F. GILES, THE KING FIRM,** | § | |
| **LLC, GILES LAW, LLC, DAMIAN K.** | | |
| **LABEAUD, ANTHONY ROBINSON,** | § | |
| **AUDREY HARRIS, JERRY** | | |
| **SCHAFFER AND KEISHIRA** | § | **MAGISTRATE:** |
| **ROBINSON** | | |
| 　　　　**Defendants** | | |

---

### ORDER

Considering the foregoing *Unopposed Motion and Incorporated Memorandum to Lift Stay and Reset Trial On Plaintiff's Civil Complaint For Damages*,

**IT IS ORDERED** that the stay in this matter be and is hereby lifted.

THUS DONE AND SIGNED in New Orleans, Louisiana, this 21st day of May, 2026.

_____

**HONORABLE SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

4