**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| C.R. ENGLAND, INC., | |
| *Plaintiff,* | Civil Action No. 21-264 |
| v. | Section R |
| | Judge Sarah S. Vance |
| JASON F. GILES; THE KING FIRM, LLC; | |
| GILES LAW, LLC; DAMIAN K. | Division 5 |
| LABEAUD; RODERICK HICKMAN; | Magistrate Judge Michael B. North |
| ANTHONY ROBINSON; AUDREY | |
| HARRIS; JERRY SCHAFFER; and | |
| KEISHIRA ROBINSON, | |
| *Defendants*. | |

## MOTION FOR LEAVE OF COURT
## TO FILE MEMORANDUM IN EXCESS PAGE LENGTH

Defendant, The King Firm, LLC, moves to dismiss the complaint against it, and moves for leave to file a memorandum in support of its motion to dismiss that is longer than 25 pages. Under Local Rule 7.7, such filings require leave of court.

For the reasons stated in the memorandum in support of this motion, Defendant, The King Firm, LLC, prays that the Court grant leave as prayed for.

Respectfully Submitted,

*/s/   Richard T. Simmons, Jr.*
**RICHARD T. SIMMONS, JR. (#12089)**
**Hailey, McNamara, LLP**
3445 North Causeway Blvd., Ste. 800
Metairie, Louisiana 70002
Telephone: (504) 261-6516
Facsimile: (504) 836-6565
Email:  rsimmons@hmhlp.com
*Counsel for Defendant, The King Firm, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Metairie, Louisiana this 10th day of June 2026.

   */s/ RICHARD T. SIMMONS, JR*
   **RICHARD T. SIMMONS, JR.**