**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

C.R. ENGLAND, INC.,

    *Plaintiff,*

v.

JASON F. GILES; THE KING FIRM, LLC;
GILES LAW, LLC; DAMIAN K.
LABEAUD; RODERICK HICKMAN;
ANTHONY ROBINSON; AUDREY
HARRIS; JERRY SCHAFFER; and
KEISHIRA ROBINSON,

    *Defendants*.

Civil Action No. 21-264

Section R
Judge Sarah S. Vance

Division 5
Magistrate Judge Michael B. North

<u>**MEMORANDUM IN SUPPORT OF**</u>
<u>**MOTION FOR LEAVE OF COURT TO FILE MEMORANDUM IN EXCESS PAGE**</u>
<u>**LENGTH**</u>

Defendant, The King Firm, LLC, moves for leave to file a memorandum in support of its motion to dismiss that is longer than 25 pages. Under Local Rule 7.7, such filings require leave of court.

In this case, the matters raised in the motion are complex and address questions under the complex web of federal RICO law as well as similar state law claims. The Complaint filed in this case, Doc. 1, is 98 pages, and the RICO Case Statement, Doc. 13, is 154 pages.

In order to respond adequately to the complicated web of factual and legal questions presented, and to adequately set forth our reasons for dismissal of this lengthy complaint, it is necessary to file a memorandum longer than the 25 pages allowed without leave of court. Undersigned counsel has worked to be as economical as possible in the presentation of the issues, so as not to burden the Court more than necessary.

For these reasons, Defendant, The King Firm, LLC, prays that the Court grant leave as prayed for.

Respectfully Submitted,

*/s/   Richard T. Simmons, Jr.*
**RICHARD T. SIMMONS, JR. (#12089)**
**Hailey, McNamara, LLP**
3445 North Causeway Blvd., Ste. 800
Metairie, Louisiana 70002
Telephone: (504) 261-6516
Facsimile: (504) 836-6565
Email:  rsimmons@hmhlp.com
*Counsel for Defendant, The King Firm, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Metairie, Louisiana this 10th day of June 2026.

*/s/ RICHARD T. SIMMONS, JR*
**RICHARD T. SIMMONS, JR.**