**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

C.R. ENGLAND, INC.,

    *Plaintiff,*

v.

JASON F. GILES; THE KING FIRM, LLC;
GILES LAW, LLC; DAMIAN K.
LABEAUD; RODERICK HICKMAN;
ANTHONY ROBINSON; AUDREY
HARRIS; JERRY SCHAFFER; and
KEISHIRA ROBINSON,

    *Defendants*.

Civil Action No. 21-264

Section R
Judge Sarah S. Vance

Division 5
Magistrate Judge Michael B. North

## ORDER

Considering the foregoing, **IT IS ORDERED** that the motion is **GRANTED**, and Defendant, The King Firm, LLC, is allowed to file the attached Motion to Dismiss and Memorandum in Support, which is in excess of the 25 pages allowed without leave of court.

New Orleans, Louisiana, this ___ day of _____, 2026.

_____
**J U D G E**