**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

C.R. ENGLAND, INC.,

    *Plaintiff,*

v.

JASON F. GILES; THE KING FIRM, LLC;
GILES LAW, LLC; DAMIAN K.
LABEAUD; RODERICK HICKMAN;
ANTHONY ROBINSON; AUDREY
HARRIS; JERRY SCHAFFER; and
KEISHIRA ROBINSON,

    *Defendants*.

Civil Action No. 21-264

Section R
Judge Sarah S. Vance

Division 5
Magistrate Judge Michael B. North

## MOTION TO DISMISS

Defendant, The King Firm, LLC, moves this Court to dismiss all claims against it raised by the plaintiff, under Federal Rule of Civil Procedure 12(b)(6), as the claims in the complaint fail to state a claim upon which relief can be granted.

Respectfully Submitted,

*/s/   Richard T. Simmons, Jr.*
**RICHARD T. SIMMONS, JR. (#12089)**
**Hailey, McNamara, LLP**
3445 North Causeway Blvd., Ste. 800
Metairie, Louisiana 70002
Telephone: (504) 261-6516
Facsimile: (504) 836-6565
Email:  rsimmons@hmhlp.com
*Counsel for Defendant, The King Firm, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Metairie, Louisiana this 10th day of June 2026.

_/s/ RICHARD T. SIMMONS, JR_
**RICHARD T. SIMMONS, JR.**