**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

C.R. ENGLAND, INC.,

    *Plaintiff,*

v.

JASON F. GILES; THE KING FIRM, LLC;
GILES LAW, LLC; DAMIAN K.
LABEAUD; RODERICK HICKMAN;
ANTHONY ROBINSON; AUDREY
HARRIS; JERRY SCHAFFER; and
KEISHIRA ROBINSON,

    *Defendants*.

Civil Action No. 21-264

Section R
Judge Sarah S. Vance

Division 5
Magistrate Judge Michael B. North

**NOTICE OF SUBMISSION**

Defendant, The King Firm, LLC, gives notice that its Motion to Dismiss will be submitted

to the Court on the 8th day of July 2026, at 10:00 a.m.

Respectfully Submitted,

*/s/   Richard T. Simmons, Jr.*
**RICHARD T. SIMMONS, JR. (#12089)**
**Hailey, McNamara, LLP**
3445 North Causeway Blvd., Ste. 800
Metairie, Louisiana 70002
Telephone: (504) 261-6516
Facsimile: (504) 836-6565
Email:  rsimmons@hmhlp.com
*Counsel for Defendant, The King Firm, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Metairie, Louisiana this 10th day of June 2026.

  */s/ RICHARD T. SIMMONS, JR*
**RICHARD T. SIMMONS, JR.**